UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

HELEN EBBERT, PAMELA EDWARDS,
ISABELLA MINNECI, WENDY MURO, AND
FRANCES KAMERER, LORI CONKLIN
and all others similarly situated

                    Plaintiffs,

                    -against-                                 05-CV5445 (FB)(AKT)

NASSAU COUNTY, NASSAU COUNTY
POLICE DEPARTMENT, NASSAU COUNTY
CIVIL SERVICE COMMISSION;
THOMAS R. SUOZZI, in his official capacity,

                    Defendants.
————————————————————————x

### Notice of Motion for Preliminary Approval of Class Settlement

PLEASE TAKE NOTICE that upon the affirmation of Janice Goodman, Esq., sworn to the 9th day of June, 2011, and the exhibits annexed thereto, and the Memorandum of Law submitted herewith, the parties will jointly move this Court on the 23rd day of June, 2011 at 10 A.M. or as soon thereafter as counsel can be heard for an Order:

1.      Granting Preliminary Approval of the Stipulation of Settlement and Release ("Settlement Agreement") attached to the Goodman Affirmation as Exhibit A.

2.      Approving the Proposed Notice of Settlement of the Class Action Lawsuit to be mailed to all class members in the form attached to the Goodman Affirmation as Exhibit B.

3.      Setting a date for a Fairness Hearing no earlier than seventy (70) calendar days from the date of the grant of Preliminary Approval of the Settlement Agreement.

4.      Granting such other further or different relief as the Court deems just and proper.


Dated:   June 9, 2011
         New York, New York


                              Respectfully submitted,



                              Herbert Eisenberg (8796)



                              Attorney for Plaintiffs and the Classes
                              Eisenberg & Schnell
                              233 Broadway, Suite 2704
                              New York, New York 10279
                              212-966-8900



                              Janice Goodman (0489)



                              Attorney for Plaintiffs and the Classes
                              Law Offices of Janice Goodman
                              350 Seventh Avenue, Suite 1800
                              New York, New York 10001
                              212-869-1940