**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HELEN EBBERT, PAMELA EDWARDS,
ISABELLA MINNECI, WENDY MURO,
FRANCES KAMERER, LORI CONKLIN,
and all others similarly situated,

                       Plaintiffs,

         - against -

NASSAU COUNTY, NASSAU COUNTY
POLICE DEPARTMENT, NASSAU COUNTY
CIVIL SERVICE COMMISSION,
THOMAS R. SUOZZI, in his official capacity,

                     Defendants.
-----------------------------------------------------------X

                            **ORDER**

                       CV 05-CV-5455 (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has received the Final Report of the Settlement Administrator.  Having

reviewed the Report, the Court requests that counsel for the defendants provide the Court, at her

earliest convenience, with an indication of when the final payments to the Settlement

Administrator and APT Metrics will be made.

                            **SO ORDERED.**

Dated: Central Islip, New York
       June 15, 2012

                       /s/ A. Kathleen Tomlinson
                       A. KATHLEEN TOMLINSON
                       U.S. Magistrate Judge